## 51995. SUMMERLOT v. CRAIN-DALY VOLKSWAGEN, INC. et al.

BELL, Chief Judge.

Plaintiff in this case is attempting to recover damages for breach of warranty on a used car. The claimed breach is that the vehicle had a cracked block. Paragraph 3 of plaintiff's complaint, after reciting the sale by defendant to plaintiff, states, ". . . and warranted that conditions of its engine which caused the water level to be lower than normal was a crack in its engine block." This constitutes an admission in judicio (Code Ann. § 38-114) and estops plaintiff from showing to the contrary. Although plaintiff recites in his brief that this pleading contains a typographical error, a party to a suit will not be allowed to disprove an admission made in his pleading without withdrawing it from the record. *Grigsby v. Fleming,* 96 Ga. App. 664 (101 SE2d 217). The grant of defendant's motion for summary judgment was correct.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED APRIL 5, 1976 — DECIDED MAY 17, 1976 — REHEARING DENIED JUNE 8, 1976 —

*Joseph H. King, Jr.,* for appellant.
*Harland, Cashin, Chambers, Davis & Doster, Harry L. Cashin, T. Jackson Bedford, Jr.,* for appellees.